■ In the Matter of ARLENE C. CARELLA, Respondent, v CHARLES E. COLLINS, III, Appellant. [614 NYS2d 329] —Mikoll, J. P. Appeal from an order of Family Court of Saratoga County (Austin, J.), entered September 24, 1992, which, in a proceeding pursuant to Family Court Act article 4, *inter alia,* dismissed respondent's cross application for various relief under the Family Court Act.

The order appealed from, entered September 24, 1992, is a nonfinal order and is thus not appealable to this Court *(see,* Family Ct Act § 1112; *Matter of Zavistowski v Zavistowski,* 54 AD2d 986).

Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the appeal is dismissed, without costs.